IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| B G SYSTEMS INC. | § | CASE NO.  01-35656-H4-7 |
| | § | (Chapter 7) |
| Debtor | § | |

### APPLICATION TO PAY FUNDS INTO THE REGISTRY
### UNDER 11 U.S.C. §374(a)

The undersigned Trustee reports:

_____    The dividends payable to the creditors listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

√    More than ninety (90) days have passed since the final distribution, and the dividends payable to the creditors listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*.).

Dated:  November 15, 2010         Respectfully submitted,

By:    */s/ Pamela Gale Johnson*
         Pamela Gale Johnson
         Fed ID No. 4481
         TBN 10777700
         1000 Louisiana, Suite 2000
         Houston, Texas 77002
         Telephone:  (713) 276-1664
         Facsimile:  (713) 751-1717

         **CHAPTER 7 TRUSTEE**

**EXHIBIT "A"**

Please Check One:

_____        Small Dividends

\_\_√\_\_        Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Ademco Distribution Inc.<br>Account No. 22927<br>c/o Harry Tilis, Esq.<br>80 Orville Dr, Suite 100<br>Bohemia, NY 11716 | 19 | $143.06 |
| | TOTAL: | $143.06 |

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the *Application to Funds into the Registry of the Court Under 11 U.S.C. § 374(a),* was sent to all registered ECF users in this case, otherwise, by U.S. first class mail, postage pre-paid to all parties listed below at the addresses shown, on this 15th day of November, 2010:

Debtor
B G Systems Inc.
6415 Lozano
Houston, Texas 77041

Debtor's Attorney
Gaynell Paul Matherne
Attorney at Law
P.O. Box 547
Spring, Texas 77378

Nicholas J. Carbajal
Attorney at Law
650 N. Sam Houston Parkway, Suite 250
Houston, Texas 77060

U.S. Trustee
Office of the U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

                                                              */s/ Pamela Gale Johnson*
                                                               Pamela Gale Johnson